IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| VICTOR R. QUARTERMAN AND CYNTHIA QUARTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> SPIRIT LINE CRUISES, LLC, STANLEY STEEMER OF CHARLESTON, INC. and THE HARBOR COMPANY, LLC, *in personam*, and M/V SPIRIT OF CAROLINA her engines, bowspirit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*, <br><br> Defendants. | Civil Action No.: 2:13-cv-03552-PMD <br><br> **MOTION TO COMPEL AND MEMORANDUM IN SUPPORT** |

**NOW COMES** Plaintiffs Victor R. Quarterman and Cynthia S. Quarterman and file a motion to compel Defendants Spirit Line Cruises, LLC, the Harbor Company, LLC and M/V Spirit of Carolina and their insurance carrier, One Beacon Insurance d/b/a Northern Assurance Company of America, to produce documents responsive to Plaintiffs' subpoena, which is attached as exhibit "1". Plaintiffs move for an order compelling Defendants and its insurance carrier to fully and completely respond to said subpoena.

During discovery, Plaintiffs requested for these Defendants to produce documents regarding the reporting and investigation of the claims involved in this civil action. The Defendants only produced some of these documents and produced a recording of a statement over two years after it

was originally requested. Thereafter, undersigned counsel sent subpoenas to Defendants' insurance carrier and the investigator hired to perform the investigation. Defendants filed motions to quash the subpoenas on the grounds that the subpoenas were not properly served. See Docket Numbers 51 and 52. Plaintiffs issued the subpoenas attached as Exhibit 1 and had them served.

Thereafter, counsel for Plaintiffs and Defendants reached an agreement that the Defendants would produce the non-privileged documents and a privilege log as requested in the subpoena. See Exhibit "2". On October 27, 2015, the Defendants produced some documents and a privilege log in response to the subpoena to the investigator and not for the carrier.

Based upon the foregoing, the Defendants and their carrier should be ordered to produce the documents responsive to the subpoena.

BLUESTEIN LAW FIRM, P.A.

By: s/S. Scott Bluestein
S. Scott Bluestein / Federal Id No. 6891
1040 eWall Street
Mount Pleasant, SC 29464
Post Office Box 22253
Charleston, SC 29413-2253
Telephone: 843-577-3092
Facsimile: 843-577-3093
Email: boatinglaw@bellsouth.net

AND

JOHN PRICE LAW FIRM, LLC

By: s/Bobby O. Phipps, Jr.
Bobby O. Phipps, Jr./ Federal Id No. 6155
307 Old Trolley Road
Summerville, SC 29485
Telephone:  843-832-6000
Facsimile:  843-871-3232
Email: bobbyphipps@johnpricelawfirm.com

October 30, 2015
Mount Pleasant, South Carolina